103 A.3d 1293

Shawn **HARRIS**, Appellant

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA
BOARD OF PROBATION AND PAROLE,**
Appellee.

Supreme Court of Pennsylvania.

Nov. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2014, the direct appeal is QUASHED. The matter is treated as a Petition for Allowance of Appeal, *see McMahon v. Pa. Bd. of Probation & Parole,* 504 Pa. 240, 470 A.2d 1337 (1983), and is DENIED.